Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANITA COYLE, | Case No.  CV 11-02819-WBS-CKD |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

///

///

///

///

///

Defendant NCO Financial Systems, Inc. and Plaintiff Anita Coyle, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1). The parties will bear their own attorneys fees and costs.

IT IS SO STIPULATED.

Dated: 1/4/12          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: 1/4/12          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Anita Coyle