UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANITA COYLE, | Case No. CV 11-02819-WBS-CKD |
| Plaintiff, | ORDER APPROVING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice. The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE